UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF NEW JERSEY, STATE OF NEW YORK, and STATE OF CONNECTICUT,<br><br>*ex rel.* JOHN DOE,<br><br>       Plaintiff/Relator,<br><br>vs.<br><br>SHIEL HOLDINGS LLC d/b/a SHIEL MEDICAL LABORATORY, INC.; SPECTRA LABORATORIES, INC.; FRESENIUS MEDICAL CARE HOLDINGS, INC., d/b/a FRESENIUS MEDICAL CARE NORTH AMERICA; FRESENIUS MEDICAL CARE NORTH AMERICA L.P.; and FRESENIUS MEDICAL CARE SE & Co. KGaA;<br>       Defendants. | Civil Action No. 17-CV-2732<br><br>Hon. Nicholas G. Garaufis, S.U.S.D.J.<br>Hon. Steven M. Gold, U.S.M.J.<br><br><br><br><br><u>**NOTICE OF VOLUNTARY DISMISSAL**</u> |

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff/Relator John Doe voluntarily dismisses this action with prejudice as to Defendants Fresenius Medical Care Holdings, Inc., d/b/a Fresenius Medical Care North America, Fresenius Medical Care North America L.P., and Fresenius Medical Care SE & Co. KGaA.  This dismissal is without prejudice as to the claims of the United States or the plaintiff States.

Dated:  October 27, 2022

                  SPIRO HARRISON

                  By: _____
                     Eric H. Jaso (EJ9959)
                     363 Bloomfield Ave., 2d Fl.
                     Montclair, NJ 07042
                     (973) 232-0881
                     ejaso@spiroharrison.com

                  Attorneys for Plaintiff/Relator