UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF NEW JERSEY, STATE OF NEW YORK, and STATE OF CONNECTICUT, <br><br> *ex rel.* JOHN DOE, <br><br>        **Plaintiff/Relator,** <br><br> vs. <br><br> SPECTRA HOLDCO, LLC f/k/a SHIEL HOLDINGS LLC and SPECTRA LABORATORIES, INC., <br><br>        **Defendants.** | Civil Action No. 17-CV-2732 <br><br> Hon. Nicholas G. Garaufis, S.U.S.D.J. <br> Hon. Steven M. Gold, U.S.M.J. <br><br><br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff/Relator John Doe voluntarily dismisses the First through Third and Fifth Through Seventh Causes of Action of the Second Amended Qui Tam Complaint (Doc. 20) with prejudice as to Defendants Spectra Holdco, LLC f/k/a Shiel Holdings LLC and Spectra Laboratories, Inc. This dismissal is without prejudice as to the claims of the United States or the plaintiff States.

Dated:  May 22, 2023

                SPIRO HARRISON & NELSON

                By: _____
                   Eric H. Jaso (EJ9950)
                   363 Bloomfield Ave., 2d Fl.
                   Montclair, NJ 07042
                   (973) 232-0881
                   ejaso@spiroharrison.com

                Attorneys for Plaintiff/Relator