

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

June 2, 2023

Honorable Nicholas G. Garaufis
U.S. District Court
Eastern District of New York
225 Cadman Plaza East, Room 1426 S
Brooklyn, New York 11201

**Re:** *U.S. ex rel. Michael Waldman v. Spectra Holdco LLC et al., 17-CV-2732*

Dear Judge Garaufis:

Following the April 19, 2023 pre-motion conference held in the above-referenced matter, Relator filed a Third Amended Complaint on May 22, 2023, against defendants Spectra Holdco, LLC and Spectra Laboratories, Inc. (Defendants).  Counsel for the Defendants seeks to dismiss the amended complaint and, as directed by the Court, the parties have met and conferred for purposes of proposing an agreed-upon briefing schedule for Defendants' motion.

Accordingly, the parties offer the following briefing schedule for the Court's consideration and entry as an Order of this Court as appropriate:

| | |
|---|---|
| June 20, 2023 | Defendants' Motion to Dismiss |
| July 18, 2023 | Relators' Response to Motion to Dismiss |
| August 4, 2023 | Defendants' Reply |
| TBD by Court | Oral Argument |

Sincerely,

James G. McGovern
Partner
james.mcgovern@hoganlovells.com
D 212-918-3220

cc:  Eric Jaso, Esq. (Waldman's counsel)

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in:  Alicante  Amsterdam  Baltimore  Beijing  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Munich  New York  Northern Virginia  Paris  Philadelphia  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Warsaw  Washington, D.C.  Associated Offices: Budapest  Jakarta  Riyadh  Shanghai FTZ  Ulaanbaatar.   Business Service Centers:  Johannesburg  Louisville.  Legal Services Center:  Berlin.  For more information see www.hoganlovells.com