

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T +1 212 918 3000
F +1 212 918 3100
www.hoganlovells.com

June 2, 2023

Honorable Nicholas G. Garaufis
U.S. District Court
Eastern District of New York
225 Cadman Plaza East, Room 1426 S
Brooklyn, New York 11201

Re: *U.S. ex rel. Michael Waldman v. Spectra Holdco LLC et al., 17-CV-2732*

Dear Judge Garaufis:

Following the April 19, 2023 pre-motion conference held in the above-referenced matter, Relator filed a Third Amended Complaint on May 22, 2023, against defendants Spectra Holdco, LLC and Spectra Laboratories, Inc. (Defendants). Counsel for the Defendants seeks to dismiss the amended complaint and, as directed by the Court, the parties have met and conferred for purposes of proposing an agreed-upon briefing schedule for Defendants' motion.

Accordingly, the parties offer the following briefing schedule for the Court's consideration and entry as an Order of this Court as appropriate:

| | |
|---|---|
| June 20, 2023 | Defendants' Motion to Dismiss |
| July 18, 2023 | Relators' Response to Motion to Dismiss |
| August 4, 2023 | Defendants' Reply |
| TBD by Court | Oral Argument |

Sincerely,

James G. McGovern
Partner
james.mcgovern@hoganlovells.com
D 212-918-3220

**Application granted.
So Ordered.**
s/Nicholas G. Garaufis
Hon. Nicholas G. Garaufis
Date:

cc: Eric Jaso, Esq. (Waldman's counsel)

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante Amsterdam Baltimore Beijing Birmingham Boston Brussels Colorado Springs Denver Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston Johannesburg London Los Angeles Luxembourg Madrid Mexico City Miami Milan Minneapolis Monterrey Munich New York Northern Virginia Paris Philadelphia Rome San Francisco São Paulo Shanghai Silicon Valley Singapore Sydney Tokyo Warsaw Washington, D.C. Associated Offices: Budapest Jakarta Riyadh Shanghai FTZ Ulaanbaatar. Business Service Centers: Johannesburg Louisville. Legal Services Center: Berlin. For more information see www.hoganlovells.com