UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF NEW JERSEY, STATE OF NEW YORK, and STATE OF CONNECTICUT, *ex rel.* MICHAEL WALDMAN,<br><br><br>Plaintiff/Relator,<br><br><br>vs.<br><br><br>SPECTRA HOLDCO, LLC f/k/a SHIEL HOLDINGS LLC and SPECTRA LABORATORIES, INC.,<br><br>Defendants. | Civil Action No. 17-CV-2732<br><br>Hon. Nicholas G. Garaufis, U.S.D.J.<br>Hon. James R. Cho, U.S.M.J. |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Michael Waldman, and Spectra Holdco, LLC f/k/a Shiel Holdings LLC and Spectra Laboratories, Inc., by and through their respective counsel of record, stipulate and jointly request that this Court enter this dismissal with prejudice of this action against all parties.

Dated: June 6      , 2024

/s/  *Eric H. Jaso*

**Spiro Harrison & Nelson**
Eric Jaso
ejaso@shnlegal.com
363 Bloomfield Avenue, Suite 2C
Montclair, New Jersey  07042
Tel: (973) 310-4026
Fax: (973) 509-9521

*Counsel for Plaintiff,*
*Michael Waldman*

Respectfully submitted,

/s/  *James F. Bennett*

**Dowd Bennett LLP**
James F. Bennett (admitted *pro hac vice*)
jbennett@dowdbennett.com
Megan S. Heinsz (admitted *pro hac vice*)
mheinsz@dowdbennett.com
Hannah F. Preston (admitted *pro hac vice*)
hpreston@dowdbennett.com
7676 Forsyth Boulevard, Suite 1900
St. Louis, Missouri 63105
Tel: (314) 889-7300
Fax: (314) 863-2111

**Vinson & Elkins**
James G. McGovern NYS REG.2533693
jmcgovern@velaw.com
1114 Avenue of the Americas
32nd Floor
New York, New York 10036
Tel: (212) 237-0000
Fax: (212) 237-01000

*Counsel for Defendants, Spectra Holdco,*
*LLC f/k/a Shiel Holdings LLC and Spectra*
*Laboratories, Inc.*

**So Ordered.**

s/Nicholas G. Garaufis

**Hon. Nicholas G. Garaufis**
**Date:** 6/7/24

2